JAO - KSC



**Circuit Court of the First Circuit —THE JUDICIARY • STATE OF HAWAI'I**

777 PUNCHBOWL STREET • HONOLULU, HAWAI'I 96813-5093 • TELEPHONE (808) 539-4333 • FAX (808) 539-4322

**Patsy K. Nakamoto**
**COURT ADMINISTRATOR**

December 21, 2018

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 6 2018

at __3__ o'clock and __2__ min. __P__ M
SUE BEITIA, CLERK

ORIGINAL VIA HAND DELIVERY

Ms. Sue Beitia, Chief Clerk
Office of the Clerk
United States District Court of the District of Hawaii
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850

**RE:    CIVIL NO. 18-1-1796-11 JHA**
**OVAIS INMULLAH, M.C., et al. vs. MARRIOTT INTERNATIONAL, INC., et al.**
**Case 1:18-cv-00494**

Dear Ms. Beitia:

Pursuant to the **DEFENDANT KYO-YA HOTELS & RESORTS, LP'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT; EXHIBIT A; CERTIFICATE OF SERVICE,** filed December 20, 2018, transmitted herewith is a copy of its entire First Circuit Court record as of December 21, 2018, and as certified by a designated Clerk of the Court, First Circuit.

Sincerely,

Patsy K. Nakamoto
Legal Documents Court Administrator
Legal Documents Branch I
First Circuit Court, State of Hawaii

PKN: jtk

2018 DEC 24  AM 8: 29
FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

CIVIL No. 18-1-1796-11 JHA
Page 2


Copies of transmittal letter only mailed to:

JAMES J. BICKERTON, ESQ.
BRIDGET G. MORGAN, ESQ.
Bickerton Dang LLLP
745 Fort Street, Suite 801
Honolulu, HI 96813

Attorneys for Plaintiffs
OVAIS INAMULLAH, M.D.;
SANA KHALIQUE;
CYRIL MARTIN;
JENNIFER MARTIN;
RUSSELL BAIRD;
CYNDY BAIRD;
MICHAEL ARCHIBALD;
SHELLEY ARCHIBALD;
STEVE OLSON;
JULIE OLSON;
ROBERT HAZELTON; and
ALICIA HAZELTON, individually and on
behalf of all others similarly situated

KEVIN P.H. SUMIDA, ESQ.
ANTHONY L. WONG, ESQ.
LANCE S. AU, ESQ.
Sumida Au & Wong
735 Bishop Street, Suite 411
Honolulu, HI 96813

Attorneys for Defendant
MARRIOT INTERNATIONAL, INC.

YOSHIMOTO LAW GROUP
NATHAN H. YOSHIMOTO, ESQ.
WESLEY D. SHIMAZU, ESQ.
201 Merchant Street, Suite 2440
Honolulu, HI 96813

Attorneys for Defendant
KYO-YA HOTELS & RESORTS, LP

LAW OFFICE OF LESLIE R. KOP
LESLIE R. KOP, ESQ.
1100 Ward Avenue, Suite 500
Honolulu, HI 96814

Attorney for Defendant
KYO-YA HOTELS & RESORTS, LP